**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6710**

ROBERT LEE HOOD,

        Plaintiff - Appellant,

    v.

BUNCOMBE COUNTY JAIL; VAN SMITH, Detective; MIKE DOWNING, Detective; STATE OF NORTH CAROLINA; ROBERT W. FISHER, Twenty-eighth Solicitorial District of North Carolina, Asheville, NC,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Robert J. Conrad, Jr., Chief District Judge.  (1:91-cv-00078-RJC)

Submitted:  October 13, 2011      Decided:  October 17, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Hood, Appellant Pro Se.  Curtis William Euler, BUNCOMBE COUNTY ATTORNEY'S OFFICE, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Hood appeals the district court's order dismissing Hood's motion to reconsider the denial of relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hood v. Buncombe County Jail, No. 1:91-cv-00078-RJC (W.D.N.C. May 17, 2011). Hood's motion for appointment of appellate counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED